# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Douglas Ellington (2)

**WARRANT FOR ARREST**

*(unsealed Order)*

SEALED

FILED
OCT 26 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CASE NUMBER: 12CR4030-IEG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Douglas Ellington _____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

Count 1 - 18:371; Counts 2-15 - 18:1343; 18:2 - Conspiracy; Wire Fraud; Aiding and Abetting

In violation of Title _____ See Above _____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Signature of Deputy

Bail fixed at $ _____

Clerk of the Court
Title of Issuing Officer

9.27.2012         San Diego, CA
Date and Location

David H. Bartick
Name of Judicial Officer

DATE: 10/17/12
ARRESTED BY: Milulee
STEVEN C. STAFFORD
U.S. MARSHAL S/CA

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |